UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.  21-MJ-02932-TORRES

UNITED STATES OF AMERICA

vs.

JHONATHAN ALRONZO, et al.,

**Defendants.**
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   __ Yes   X   No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __ Yes   X   No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   __ Yes   X   No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: _____
RICHARD E. GETCHELL
Assistant United States Attorney
FLA. BAR NO. 817643
11200 N.W. 20$^{h}$ Street
Miami, Florida 33172
(305) 715-7647
(786) 564-9126 (cell)
Richard.getchell@usdoj.gov

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>JHONATHAN ALRONZON, et al.,<br><br>Defendant(s) | )<br>)<br>)   Case No.   21-MJ-02932-TORRES<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 1, 2021__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 46 U.S.C. § 70506(b) | Conspiracy to possess with intent to distribute 5 kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1), 70506(b). |
| 46 U.S.C. § 70503(a)(1) | Possession with intent to distribute 5 kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1). |

This criminal complaint is based on these facts:

See attached affidavit.

☒ Continued on the attached sheet.

_____
ID #TF10427
*Complainant's signature*

TFO Marcelino Mariabello, DEA
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Telephone.

Date: __May 11, 2021__

_____
*Judge's signature*

City and state: __Miami, Florida__     Edwin G. Torres, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Marcelino Mariabello, being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a detective with the City of Sunny Isles Beach Police Department and have served in this capacity since February 2008. I am currently a Task Force Officer with the Drug Enforcement Administration ("DEA") and have served in this capacity since August 2017. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21 and 46 of the United States Code. I am currently assigned to the DEA's Miami Field Division in Miami, Florida and have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a Task Force Officer with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics-trafficking organizations operate. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2. The facts set forth in this Affidavit are based on my personal knowledge as well as documents provided to me in my official capacity, information obtained from other individuals, including officers and witnesses, my review of documents and records related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information contained in this Affidavit is true and correct to the best of my knowledge and belief. Because this Affidavit is solely for the purpose of establishing probable cause, it does not contain all of the information known about this investigation.

3.  This Affidavit is submitted for the limited purpose of establishing probable cause that **JHONATHAN ALRONZO ("ALRONZO"), MAUWANA MACHIAJO ("MACHIAJO")**, and **JOSE MIGUEL ROSARIO-ROJAS ("ROSARIO-ROJAS")**, did knowingly and intentionally conspire to possess with intent to distribute, and did possess with intent to distribute, a controlled substance, that is, five (5) kilograms or more of cocaine, a Schedule II controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

## PROBABLE CAUSE

4.  On or about May 1, 2020, while on patrol in the Caribbean Sea, a maritime patrol aircraft ("MPA") detected a go-fast vessel ("GFV") operating approximately 69 nautical miles south of Santo Domingo, Dominican Republic. Members onboard the MPA observed the GFV was equipped with two outboard engines and a trap covering the forward portion of the vessel, which is consistent with maritime drug smuggling. The *USS WHICHITA* with its embarked USCG LEDET 402 was patrolling nearby and diverted to intercept the GFV.

5.  Upon arrival, the *USS WHICHITA* launched its aircraft. The GFV had no indicia of nationality. The suspected smuggling vessel refused to heave to, so authorization was requested and granted to employ Airborne Use of Force ("AUF") including warning shots and disabling fire to gain compliance. Once warning shots were employed, the vessel came to a stop.

6.  Once the GFV was dead in the water law enforcement from the *USS WHICHITA* arrived and completed a right of visit boarding of the GFV. There were three individuals on board, who were later identified as **ALRONZO,** a Colombian national, **MACHIAJO**, a Colombian national, and **ROSARIO-ROJAS**, a Dominican national. When asked, **ALRONZO**

2

claimed to be the master or person in charge and additionally made a claim of Colombian nationality for the vessel. The Government of Colombia could neither confirm nor deny registry of the vessel. Authorization was granted to treat the vessel as one without nationality and, therefore, subject to the jurisdiction of the United States.

7. A full law enforcement boarding was conducted, and a search of the GFV for narcotics yielded 12 bales of suspected cocaine, totaling an at-sea weight of 289 kilograms. A Narcotics Identification Test Kit (NIK) was used to test the substance contained in the bales and two positive results were obtained indicating that the substance was cocaine. An IONSCAN, which is a system used for the detection and identification of trace amounts of narcotics, was also done on the GFV and bales yielded positive results for the presence of cocaine. Based on my training and experience, I know that maritime shipments of hundreds of kilograms of cocaine are intended for further distribution.

8. **ALRONZO, MACHIAJO, and RODRIGUEZ-ROJAS** were detained and transferred to the United States Coast Guard Cutter. The USCGC is scheduled to arrive with **ALRONZO, MACHIAJO, and RODRIGUEZ-ROJAS** on board the CGC CHARLES DAVID on May 12, 2021 in the District of Puerto Rico.

## CONCLUSION

9. Based upon the information provided above, I respectfully submit that probable cause exists to believe that **ALRONZO, MACHIAJO, and RODRIGUEZ-ROJAS**, did knowingly and intentionally conspire to possess with intent to distribute a controlled substance, that is, five (5) kilograms or more of cocaine, a Schedule II controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
MARCELINO MARIABELLO
TASK FORCE OFFICER
DRUG ENFORCEMENT ADMINISTRATION

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Telephone this _11_ day of May, 2021.

_____
EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

4

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

United States of America
v.
Jhonathan ALRONZO, et al.,

Defendants.

)
)
)
)
)
)
)

Case No. 21-MJ-02932-TORRES

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jose Miguel Rosario Rojas,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to possess with intent to distribute 5 kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1), 70506(b).
Possession with intent to distribute 5 kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1).

Date: May 11, 2021

_____
*Issuing officer's signature*

City and state: Miami, Florida        Edwin G. Torres, U.S. Magistrate Judge
                                      *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Jose Miguel Rosario Rojas
Known aliases:
Last known residence:
Prior addresses to which defendant/offender may still have ties:

Last known employment:
Last known telephone numbers:
Place of birth: Dominican Republic
Date of birth: 01/25/1985
Social Security number:
Height:                                                    Weight:
Sex: Male                                                  Race: Hispanic
Hair: Black                                                Eyes: Brown
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:
Complete description of auto:

Investigative agency and address: Drug Enforcement Administration

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  21-MJ-02932-TORRES

**BOND RECOMMENDATION**

DEFENDANT:          Jose Miguel Rosario Rojas

RECOMMENDATION:     $250,00 CSB w/Nebbia

By: *Richard E. Getchell*
AUSA RICHARD E. GETCHELL

Last Known Address: _____

What Facility: _____

Agent(s):    Marcelino Mariabello
             Task Force Officer
             Drug Enforcement Administration

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| Jhonathan ALRONZO, et al., | ) Case No. 21-MJ-02932-TORRES |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendants.* |  |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jhonathan ALRONZO                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to possess with intent to distribute 5 kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1), 70506(b).
Possession with intent to distribute 5 kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1).

Date: May 11, 2021

*Issuing officer's signature*

City and state:   Miami, Florida              Edwin G. Torres, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Jhonathan Alronzo

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth: Colombia

Date of birth: 09/25/1992

Social Security number:

Height:                                                    Weight:

Sex: Male                                              Race: Hispanic

Hair: Black                                            Eyes: Brown

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address: Drug Enforcement Administration

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-MJ-02932-TORRES

### BOND RECOMMENDATION

DEFENDANT: Jhonathan Alronzo

RECOMMENDATION: $250,00 CSB w/Nebbia

By: *Richard E. Getchell*
AUSA RICHARD E. GETCHELL

Last Known Address: _____

What Facility: _____

Agent(s): Marcelino Mariabello
Task Force Officer
Drug Enforcement Administration

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Jhonathan ALRONZO, et al.,<br><br>*Defendants.* | )<br>)<br>)  Case No.  21-MJ-02932-TORRES<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Mauwana Machiajo                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment    ☐ Information     ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition      ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to possess with intent to distribute 5 kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1), 70506(b).
Possession with intent to distribute 5 kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1).

Date:  May 11, 2021                                                                                   _____
                                                                                                                        *Issuing officer's signature*

City and state:     Miami, Florida                                                   Edwin G. Torres, U.S. Magistrate Judge
                                                                                                                        *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                                                        _____
                                                                                                                 *Arresting officer's signature*

                                                                                                          _____
                                                                                                                    *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Mauwana Machiado
Known aliases:
Last known residence:
Prior addresses to which defendant/offender may still have ties:

Last known employment:
Last known telephone numbers:
Place of birth: Colombia
Date of birth: 05/21/1993
Social Security number:
Height:                                                    Weight:
Sex: Male                                                  Race: Hispanic
Hair: Black                                                Eyes: Brown
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:
Complete description of auto:

Investigative agency and address: Drug Enforcement Administration

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-MJ-02932-TORRES

## BOND RECOMMENDATION

DEFENDANT: Mauwana Machiajo

RECOMMENDATION: $250,00 CSB w/Nebbia

By: *Richard E. Getchell*
AUSA RICHARD E. GETCHELL

Last Known Address: _____

What Facility: _____

Agent(s): Marcelino Mariabello
Task Force Officer
Drug Enforcement Administration